# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GRAND CANYON SKYWALK DEVELOPMENT LLC, *et al.*,

    Plaintiffs,

vs.

DAVID JOHN CIESLAK, NICHOLAS SCUTARI and SCUTARI & CIESLAK PUBLIC RELATIONS, INC.

    Defendants.

Case No. 2:15-cv-01189-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to File Under Seal (#20), filed on June 29, 2015.

Plaintiffs request that their Opposition to Non-Party Gallagher & Kennedy and Third-Party Defendant Hualapai Tribe's Motion to Quash Subpoena be filed under seal. A Protective Order was entered in the underlying case that protects documents marked "Confidential." *See* Case No. 2:13-cv-00596-JAD-GWF (#74). The Plaintiffs represent that their Opposition (#21) references material that has been designated as "Confidential," and should be protected by the Court's Order. Plaintiffs have sufficiently established good cause for the Opposition (#21) to be sealed. However, Plaintiffs also represent that Exhibits 3 and 4 to the opposition have been filed publicly before. The Court will not seal the Exhibits that have been previously publicly filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Under Seal (#20) is **granted**.

. . .

. . .

. . .

1  **IT IS FURTHER ORDERED** that a redacted copy of the Opposition be filed on the
2  record.
3  **DATED** this 1st day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge