UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRAND CANYON SKYWALK DEVELOPMENT LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVID JOHN CIESLAK, NICHOLAS SCUTARI and SCUTARI & CIESLAK PUBLIC RELATIONS, INC.<br><br>　　　　Defendants. | Case No. 2:15-cv-00663-JAD-GWF<br>**Consolidated with:**<br>Case No. 2:15-cv-1189-JAD-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Hualapai Tribe's Request for Leave to Supplement the Record in Support of Motion to Quash Plaintiffs' Subpoena to Glen Hallman (#26) filed in Case No. 2:15-cv-01189-JAD-GWF on July 27, 2015.  Upon review and consideration,

　　　　**IT IS HEREBY ORDERED** that Hualapai Tribe's Request for Leave to Supplement the Record in Support of Motion to Quash Plaintiffs' Subpoena to Glen Hallman (#26) is denied.  The documents that the Tribe wishes to file to supplement the record are not relevant or necessary to the decision on the motion.

　　　　DATED this 13th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge